IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-87-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO KEVIN MCKOY | ) | |

On May 2, 2019, Antonio Kevin McKoy filed a motion to obtain free copies [DE-127], which has been referred to the clerk at the direction of the presiding judge.

McKoy previously filed a motion for free copies [DE-125], which was denied by the clerk in an order filed April 23, 2019 [DE-126]. McKoy's newest motion [DE-127] is substantially identical to the previous motion which was denied. For the reasons previously stated by the clerk in the April 23, 2019 Order, this newest motion is DENIED.

SO ORDERED. This the 31 day of May, 2019.

Peter A. Moore, Jr.
Clerk of Court